IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PAUL SUELTER, | ) | |
| | ) | |
| Plaintiff, | ) | 4:14CV3169 |
| | ) | |
| v. | ) | |
| | ) | **JUDGMENT** |
| MTD PRODUCTS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to the parties' Joint Stipulation of Dismissal (Filing 29) and Fed. R. Civ. P. 41, this action is dismissed with prejudice, with each party to bear their own costs.

DATED this 27th day of October, 2015.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge